Fill in this information to identify the case:

United States Bankruptcy Court for the:
_____ Southern District of Texas

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | InfoVine Inc | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as names* | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 7 6 – 0 5 9 4 6 1 4 | |
| 4. Debtor's address | **Principal place of business**<br><br>2748 Bingle Rd B<br>Number    Street<br><br>_____<br><br>Houston, TX 77055-1135<br>City            State    ZIP Code<br><br>Harris<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>Number    Street<br><br>Po Box 70168<br>P.O. Box<br><br>Houston, TX 77270-0168<br>City            State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number    Street<br><br>_____<br>City            State    ZIP Code |
| 5. Debtor's website (URL) | | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  InfoVine Inc _____  Case number *(if known)* _____
      Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>  3  2  3  1 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. **Check all** that apply:<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                             MM / DD / YYYY<br>        District _____ When _____ Case number _____<br>                                             MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____ Relationship _____<br>        District _____ When _____<br>                                            MM / DD / YYYY<br>        Case number, if known _____ |



Debtor      InfoVine Inc                                                         Case number *(if known)*  _____
            Name

| 11. Why is the case filed in *this district*? | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|
| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number    Street<br>_____<br>_____<br>City                                                                              State      ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency  _____<br>        Contact name    _____<br>        Phone           _____ |

### Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|
| 14. Estimated number of creditors | ☐ 1-49  ☑ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| 15. Estimated assets | ☐ $0-$50,000  ☑ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3



Debtor    InfoVine Inc                                                              Case number *(if known)*
              Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/15/2022
              MM/ DD/ YYYY

X  *Lorena Iglesias*                                     Lorena Igesias
Signature of authorized representative of debtor         Printed name

Title       President/ CEO

**18. Signature of attorney**

X _____         Date   11/15/2022
Signature of attorney for debtor                MM/ DD/ YYYY

Reese W. Baker
Printed name

Baker & Associates
Firm name

950 Echo Ln Ste 300
Number      Street

Houston                                          TX            77024-2824
City                                             State         ZIP Code

_____        courtdocs@bakerassociates.net
Contact phone                         Email address

01587700                                         TX
Bar number                                       State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

**Academy Bank NA**
1111 Main St Ste 202
Kansas City, MO 64105-2114

**Alliance Plastics Supply**
Po Box 641052
Dallas, TX 75264-1052

**American Digital Cartography, Inc.**
2631 N Meade St Ste 202
Appleton, WI 54911-2203

**American Express**
Suite 0002
Chicago, IL 60679-0002

**Arvest Bank**
921 W Monroe Ave
Lowell, AR 72745-9683

**ARVEST Equipment Finance**
8000 Taylor Ave
Fort Smith, AR 72916-6094

**Ascentium Capital**
23970 US 59
Kingwood, TX 77339

**Aspen/Signature**
3300 Kingwood Ln
Kingwood, TX 77092



**Assist Legal Technologies**
2900 Smith St Ste 150
Houston, TX 77006-3432

**Bank of the West**
Asset Recovery Department
PO Box 8050
Walnut Creek, CA 94596

**Bart Nay Printing**
1270 Conrad Sauer Dr Ste 101
Houston, TX 77043-4320

**BCC Software**
Po Box 1174
Buffalo, NY 14240-1174

**Bill Patterson & Associates**
1115 Barkdull St A
Houston, TX 77006-6401

**Blue Cross and Blue Shield of Texas**
c/o Healthcare Recoveries
P.O.Box 34576 Dept. 36739383
Louisville, KY 40232

**Bosworth Paper**
Po Box 847642
Dallas, TX 75284-7642

**Braun Enterprises**
5353 W Alabama St Ste 200
Houston, TX 77056-5935


**Cardmember Services**
Po Box 94014
Palatine, IL 60094-4014

**CG 7600 LP**
2748 Bingle Rd
Houston, TX 77055-1135

**CIT Bank, NA**
10201 Centurion Pkwy N
Jacksonville, FL 32256-4100

**Clampitt Paper Company**
4704 Blalock Rd
Houston, TX 77041

**Classic Couriers**
Po Box 925002
Houston, TX 77292-5002

**Commercial Capital**
13910 W 96th Ter
Lenexa, KS 66215-1228

**Connext Financial, Ltd**
101 W Washington St Ste 1140
Indianapolis, IN 46204-3416

**CT Corporation System**
330 N Brand Blvd Ste 700
Glendale, CA 91203-2336



**DLT Envelopes**
6618 Gant Rd
Houston, TX 77066-1912

**ENGS Comercial Finance Co**
1 Pierce Pl Ste 1100
Itasca, IL 60143-3149

**FedEx**
Po Box 660481
Dallas, TX 75266-0481

**Financial Pacific Leasing**
3455 S 344th Way Ste 300
Federal Way, WA 98001-9546

**FPL (UMPQUA Bank) Vendor Finance**
3455 S 344th Way Ste 300
Federal Way, WA 98001-9546

**Frank E. Hood, Jr.**
1711 Mcduffie St
Houston, TX 77019-5726

**Frost Bank**
P.O. Box 1600
San Antonio, TX 78296

**Fundamental Capital**
20803 Biscayne Blvd Ste 300
Miami, FL 33180-1431



**Fundamental Capital**
2701 Queens Plz N # 802
Long Is City, NY 11101-4020

**GFE**
2701 Queens Plz N # 802
Long Is City, NY 11101-4020

**GlobalTranz Enterprises, Inc.**
Po Box 203285
Dallas, TX 75320-3285

**GPA**
3906 Solutions Ctr
Chicago, IL 60677-3009

**Granger Mailing Solutions LLC**
7509 Menchaca Rd # 100
Austin, TX 78745-6028

**Grimco Inc**
29538 Network Pl
Chicago, IL 60673-1295

**Hanmi Bank**
2010 Main St Ste 590
Irvine, CA 92614-7270

**Hewlett Packard Financial**
Po Box 402582
Atlanta, GA 30384-2582



**Hewlett-Packard Financial Services Company**
200 Connell Dr
Berkeley Hts, NJ 07922-2805

**Hitachi Capital America Corp**
7808 Creekridge Cir Ste 250
Minneapolis, MN 55439-2647

**Indigo America, Inc.**
1501 Page Mill Rd
Palo Alto, CA 94304-1126

**Internal Revenue Service**
Centralized Insolvency Operations
Po Box 7346
Philadelphia, PA 19101-7346

**LCA Bank Corporation**
1441 Ute Blvd Ste 250
Park City, UT 84098-7632

**LCA Lease Corporation of America**
Po Box 1297
Troy, MI 48099-1297

**Liberty Capital Group, Inc.**
45 Carey Ave Ste 200
Butler, NJ 07405-1477

**Malin**
NJ Malin & Associates
Po Box 797
Addison, TX 75001-0797



**Marathon Bindery Services**
8520 Summertree Dr
Houston, TX 77040-1686


**Mittera Group, Inc.**
Po Box 850471
Minneapolis, MN 55485-0471


**MJ Campbell Electric**
718 E Rogers St
Houston, TX 77022-1810


**Next Day Four Color**
Po Box 700472
San Antonio, TX 78270-0472


**OGH Services, Inc.**
Po Box 924768
Houston, TX 77292-4768


**Pat Hardesty**
4806 Florence St
Bellaire, TX 77401-5020


**Pawnee Leasing Corporation**
3801 Automation Way #207
Fort Collins, CO 80525


**PNC Equipment Finance, LLC**
995 Dalton Ave
Cincinnati, OH 45203-1101



**PrintCo Services Inc.**
14090 Fm 2920 Rd G356
Tomball, TX 77377-5549

**Quadient Leasing USA, Inc.**
Dept 3682
Po Box 123682
Dallas, TX 75312-3682

**Richard C Gaubert**
19607 Slate Hills Ln
Spring, TX 77388-2107

**SBA EIDL**
SBA Disaster Loan Servicing Center
1545 Hawkins Blvd Ste 202
El Paso, TX 79925-2654

**Sprint Bindery**
5800 Corporate Dr A$
Houston, TX 77036-2300

**Staples Business Credit**
Po Box 105638
Atlanta, GA 30348-5638

**Summit Funding Group**
4680 Parkway Dr Ste 300
Mason, OH 45040-7979

**Tax Credit Co**
6121 W Sunset Blvd # 2200
Los Angeles, CA 90028-6442



...

**TCF Equipment Finance**
11100 Wayzata Blvd Ste 801
Hopkins, MN 55305-5503


**Texas Mailing Equipment Service**
Po Box 1927
Cleveland, TX 77328-1927


**TFC (Hanmi Bank)**
Po Box 24986
Seattle, WA 98124-0986


**The Huntington National Bank**
1405 Xenium Ln N
Minneapolis, MN 55441-4429


**U.S. Small Business Administration**
10737 Gateway Blvd W Ste 300
El Paso, TX 79935-4910


**Unica National Insurance Group**
UTICA Mutual Insurance Company
Po Box 6540
Utica, NY 13504

**Wells Fargo Equipment Finance, Inc.**
733 Marquette Ave Ste 700
Minneapolis, MN 55402-2356


**White Road Capital LLC, Series 119552, DBA GFE Holdings**
GFE
2701 Queens Plz N # 802
Long Is City, NY 11101-4020



**Wyn Bomar Design**
2224 Colquitt St
Houston, TX 77098-3303

**Zund America, Inc.**
Po Box 88943
Milwaukee, WI 53288-8943

