| Information to identify the case: | | |
|---|---|---|
| Debtor: **InfoVine** <br> Name | | EIN: __–_____ |
| United States Bankruptcy Court  Southern District of Texas | | Date case filed for chapter:  11  11/15/22 |
| Case number: 22–33393 | | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | InfoVine | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | PO Box 70168 <br> Houston, TX 77270–0168 | |
| 4. | **Debtor's attorney** <br> Name and address | Reese W Baker <br> Baker & Associates <br> 950 Echo Lane <br> Suite 300 <br> Houston, TX 77024 | Contact phone 713–869–9200 <br><br> Email: courtdocs@bakerassociates.net |
| 5. | **Bankruptcy trustee** <br> Name and address | None | Contact phone _____ <br><br> Email: None |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court <br> PO Box 61010 <br> Houston, TX 77208 | Hours open: <br> 8:00 am – 5:00 pm Monday through Friday <br><br> Contact phone (713) 250–5500 <br><br> Date: 11/17/22 |

**For more information, see page 2 >**

| 7. | **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 16, 2022 at 10:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Telephone Conference, Call 866–707–5468, passcode 6166997** |
|---|---|---|---|
| 8. | **Proof of claim deadline** | **Deadline for filing proof of claim:** | |
| | | **For all creditors (except a governmental unit):** | 1/31/23 |
| | | **For a governmental unit:** | 5/15/23 |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | | Your claim will be allowed in the amount scheduled unless: <br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br>• you file a proof of claim in a different amount; or <br>• you receive another notice. | |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. | **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint:** | _____ |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| 12. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-33393-jpn |
| InfoVine | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 3 |
| Date Rcvd: Nov 17, 2022 | Form ID: 309F2 | Total Noticed: 78 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | InfoVine, PO Box 70168, Houston, TX 77270-0168 |
| 12324779 | | ARVEST Equipment Finance, 8000 Taylor Ave, Fort Smith, AR 72916-6094 |
| 12324774 | | Academy Bank NA, 1111 Main St Ste 202, Kansas City, MO 64105-2114 |
| 12324775 | | Alliance Plastics Supply, Po Box 641052, Dallas, TX 75264-1052 |
| 12324776 | | American Digital Cartography, Inc., 2631 N Meade St Ste 202, Appleton, WI 54911-2203 |
| 12324777 | | American Express, Suite 0002, Chicago, IL 60679-0002 |
| 12324780 | + | Ascentium Capital, 23970 US 59, Kingwood, TX 77339-1535 |
| 12324781 | | Aspen/Signature, 3300 Kingwood Ln, Kingwood, TX 77092 |
| 12324782 | | Assist Legal Technologies, 2900 Smith St Ste 150, Houston, TX 77006-3432 |
| 12324785 | | BCC Software, Po Box 1174, Buffalo, NY 14240-1174 |
| 12324784 | | Bart Nay Printing, 1270 Conrad Sauer Dr Ste 101, Houston, TX 77043-4320 |
| 12324786 | + | Bill Patterson & Associates, 1115 Barkdull St A, Houston, TX 77006-6485 |
| 12324787 | + | Blue Cross and Blue Shield of Texas, c/o Healthcare Recoveries, P.O.Box 34576 Dept. 36739383, Louisville, KY 40232-4576 |
| 12324788 | | Bosworth Paper, Po Box 847642, Dallas, TX 75284-7642 |
| 12324789 | | Braun Enterprises, 5353 W Alabama St Ste 200, Houston, TX 77056-5935 |
| 12324791 | | CG 7600 LP, 2748 Bingle Rd, Houston, TX 77055-1135 |
| 12324792 | | CIT Bank, NA, 10201 Centurion Pkwy N, Jacksonville, FL 32256-4100 |
| 12324797 | | CT Corporation System, 330 N Brand Blvd Ste 700, Glendale, CA 91203-2336 |
| 12324793 | | Clampitt Paper Company, 4704 Blalock Rd, Houston, TX 77041 |
| 12324794 | | Classic Couriers, Po Box 925002, Houston, TX 77292-5002 |
| 12324795 | | Commercial Capital, 13910 W 96th Ter, Lenexa, KS 66215-1228 |
| 12324796 | | Connext Financial, Ltd, 101 W Washington St Ste 1140, Indianapolis, IN 46204-3416 |
| 12324798 | | DLT Envelopes, 6618 Gant Rd, Houston, TX 77066-1912 |
| 12324802 | | FPL (UMPQUA Bank) Vendor Finance, 3455 S 344th Way Ste 300, Federal Way, WA 98001-9546 |
| 12324800 | | FedEx, Po Box 660481, Dallas, TX 75266-0481 |
| 12324803 | | Frank E. Hood, Jr., 1711 Mcduffie St, Houston, TX 77019-5726 |
| 12324806 | | Fundamental Capital, 2701 Queens Plz N # 802, Long Is City, NY 11101-4020 |
| 12324805 | | Fundamental Capital, 20803 Biscayne Blvd Ste 300, Miami, FL 33180-1431 |
| 12324807 | | GFE, 2701 Queens Plz N # 802, Long Is City, NY 11101-4020 |
| 12324809 | | GPA, 3906 Solutions Ctr, Chicago, IL 60677-3009 |
| 12324808 | | GlobalTranz Enterprises, Inc., Po Box 203285, Dallas, TX 75320-3285 |
| 12324810 | | Granger Mailing Solutions LLC, 7509 Menchaca Rd # 100, Austin, TX 78745-6028 |
| 12324811 | | Grimco Inc, 29538 Network Pl, Chicago, IL 60673-1295 |
| 12324812 | | Hanmi Bank, 2010 Main St Ste 590, Irvine, CA 92614-7270 |
| 12324813 | | Hewlett Packard Financial, Po Box 402582, Atlanta, GA 30384-2582 |
| 12324814 | + | Hewlett-Packard Financial Services Company, 200 Connell Dr, Berkeley Hts, NJ 07922-2816 |
| 12324815 | | Hitachi Capital America Corp, 7808 Creekridge Cir Ste 250, Minneapolis, MN 55439-2647 |
| 12324816 | | Indigo America, Inc., 1501 Page Mill Rd, Palo Alto, CA 94304-1126 |
| 12324819 | | LCA Lease Corporation of America, Po Box 1297, Troy, MI 48099-1297 |
| 12324820 | | Liberty Capital Group, Inc., 45 Carey Ave Ste 200, Butler, NJ 07405-1477 |
| 12324824 | | MJ Campbell Electric, 718 E Rogers St, Houston, TX 77022-1810 |
| 12324821 | | Malin, NJ Malin & Associates, Po Box 797, Addison, TX 75001-0797 |
| 12324822 | | Marathon Bindery Services, 8520 Summertree Dr, Houston, TX 77040-1686 |
| 12324823 | | Mittera Group, Inc., Po Box 850471, Minneapolis, MN 55485-0471 |
| 12324825 | | Next Day Four Color, Po Box 700472, San Antonio, TX 78270-0472 |
| 12324826 | | OGH Services, Inc., Po Box 924768, Houston, TX 77292-4768 |
| 12324829 | + | PNC Equipment Finance, LLC, 995 Dalton Ave, Cincinnati, OH 45203-1100 |
| 12324827 | | Pat Hardesty, 4806 Florence St, Bellaire, TX 77401-5020 |

| | | | |
|---|---|---|---|
| District/off: 0541-4 | User: ADIuser | | Page 2 of 3 |
| Date Rcvd: Nov 17, 2022 | Form ID: 309F2 | | Total Noticed: 78 |

| | | |
|---|---|---|
| 12324830 | | PrintCo Services Inc., 14090 Fm 2920 Rd G356, Tomball, TX 77377-5549 |
| 12324831 | | Quadient Leasing USA, Inc., Dept 3682, Po Box 123682, Dallas, TX 75312-3682 |
| 12324832 | | Richard C Gaubert, 19607 Slate Hills Ln, Spring, TX 77388-2107 |
| 12324833 | | SBA EIDL, SBA Disaster Loan Servicing Center, 1545 Hawkins Blvd Ste 202, El Paso, TX 79925-2654 |
| 12324834 | + | Sprint Bindery, 5800 Corporate Dr A$, Houston, TX 77036-2317 |
| 12324835 | | Staples Business Credit, Po Box 105638, Atlanta, GA 30348-5638 |
| 12324836 | | Summit Funding Group, 4680 Parkway Dr Ste 300, Mason, OH 45040-7979 |
| 12324840 | | TFC (Hanmi Bank), Po Box 24986, Seattle, WA 98124-0986 |
| 12324837 | + | Tax Credit Co, 6121 W Sunset Blvd # 2200, Los Angeles, CA 90028-6449 |
| 12324839 | | Texas Mailing Equipment Service, Po Box 1927, Cleveland, TX 77328-1927 |
| 12324841 | + | The Huntington National Bank, 1405 Xenium Ln N, Minneapolis, MN 55441-4406 |
| 12324843 | + | Unica National Insurance Group, UTICA Mutual Insurance Company, Po Box 6540, Utica, NY 13504-6540 |
| 12324844 | | Wells Fargo Equipment Finance, Inc., 733 Marquette Ave Ste 700, Minneapolis, MN 55402-2356 |
| 12324845 | | White Road Capital LLC, Series 119552, DBA GFE Hol, GFE, 2701 Queens Plz N # 802, Long Is City, NY 11101-4020 |
| 12324846 | | Wyn Bomar Design, 2224 Colquitt St, Houston, TX 77098-3303 |
| 12324847 | | Zund America, Inc., Po Box 88943, Milwaukee, WI 53288-8943 |

TOTAL: 64

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Nov 17 2022 20:17:00 | Hector Duran, Jr, U.S. Trustee, 515 Rusk, Ste 3516, Houston, Tx 77002-2604 |
| aty | | Email/Text: courtdocs@bakerassociates.net | Nov 17 2022 20:16:00 | Reese W Baker, Baker & Associates, 950 Echo Lane, Suite 300, Houston, TX 77024 |
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Nov 17 2022 20:17:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| 12324778 | | Email/Text: bankruptcy@arvest.com | Nov 17 2022 20:17:00 | Arvest Bank, 921 W Monroe Ave, Lowell, AR 72745-9683 |
| 12324783 | + | Email/Text: bknotices@bankofthewest.com | Nov 17 2022 20:17:14 | Bank of the West, Asset Recovery Department, PO Box 8050, Walnut Creek, CA 94596-8050 |
| 12324799 | | Email/Text: bankruptcy@engsfinance.com | Nov 17 2022 20:16:00 | ENGS Comercial Finance Co, 1 Pierce Pl Ste 1100, Itasca, IL 60143-3149 |
| 12324801 | | Email/Text: dmckittrick@finpac.com | Nov 17 2022 20:17:00 | Financial Pacific Leasing, 3455 S 344th Way Ste 300, Federal Way, WA 98001-9546 |
| 12324804 | + | Email/Text: Loan.Recovery@frostbank.com | Nov 17 2022 20:17:00 | Frost Bank, P.O. Box 1600, San Antonio, TX 78296-1600 |
| 12324817 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 17 2022 20:17:00 | Internal Revenue Service, Centralized Insolvency Operations, Po Box 7346, Philadelphia, PA 19101-7346 |
| 12324790 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 17 2022 20:26:26 | Cardmember Services, Po Box 94014, Palatine, IL 60094-4014 |
| 12324818 | | Email/Text: LegalDepartment@leasecorp.com | Nov 17 2022 20:16:00 | LCA Bank Corporation, 1441 Ute Blvd Ste 250, Park City, UT 84098-7632 |
| 12324828 | | Email/Text: bankruptcy@pawneeleasing.com | Nov 17 2022 20:16:00 | Pawnee Leasing Corporation, 3801 Automation Way #207, Fort Collins, CO 80525 |
| 12324838 | | Email/Text: EFBankruptcyNotices@huntington.com | Nov 17 2022 20:17:00 | TCF Equipment Finance, 11100 Wayzata Blvd Ste 801, Hopkins, MN 55305-5503 |
| 12324842 | | Email/Text: elpasodlsc@sba.gov | Nov 17 2022 20:18:00 | U.S. Small Business Administration, 10737 Gateway Blvd W Ste 300, El Paso, TX 79935-4910 |

TOTAL: 14

District/off: 0541-4 | User: ADIuser | Page 3 of 3
Date Rcvd: Nov 17, 2022 | Form ID: 309F2 | Total Noticed: 78

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2022 Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Hector Duran, Jr | on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov |
| Reese W Baker | on behalf of Debtor InfoVine courtdocs@bakerassociates.net i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 3