Fill in this information to identify the case:

Debtor name _____ InfoVine Inc _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____ 22-33393 _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/05/2022_____
            MM/  DD/  YYYY

X _____
Signature of individual signing on behalf of debtor

_Rafael Igesias_____
Printed name

_CFO_____
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | InfoVine Inc |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | 22-33393 |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express<br>777 American Express Way<br>Ft Lauderdale, FL 33337-0001 | | | | | | $41,559.00 |
| 2 | Ascentium Capital<br>23970 US 59<br>Kingwood, TX 77339 | | | | | | $153,120.00 |
| 3 | Blue Cross and Blue Shield of Texas<br>c/o Healthcare Recoveries<br>P.O.Box 34576 Dept. 36739383<br>Louisville, KY 40232 | | | | | | $42,289.26 |
| 4 | Braun Enterprises<br>5353 W Alabama St Ste 200<br>Houston, TX 77056-5935 | | | | | | $36,546.59 |
| 5 | Clampitt Paper Company<br>4704 Blalock Rd<br>Houston, TX 77041 | | | | | | $29,908.96 |
| 6 | Commercial Capital<br>13910 W 96th Ter<br>Lenexa, KS 66215-1228 | | | | | | $36,285.00 |
| 7 | FPL (UMPQUA Bank) Vendor Finance<br>3455 S 344th Way Ste 300<br>Federal Way, WA 98001-9546 | | | | | | $81,661.80 |
| 8 | Frost Bank<br>P.O. Box 1600<br>San Antonio, TX 78296 | | | | | | $215,107.96 |

Debtor    InfoVine Inc
Name

Case number *(if known)*    22-33393

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Fundamental Capital<br>2701 Queens Plz N # 802<br>Long Is City, NY 11101-4020 | | | | | | $111,767.14 |
| 10  Fundamental Capital<br>2701 Queens Plz N # 802<br>Long Is City, NY 11101-4020 | | | | | | $54,060.00 |
| 11  GFE<br>2701 Queens Plz N # 802<br>Long Is City, NY 11101-4020 | | | | | | $131,744.50 |
| 12  GPA<br>3906 Solutions Ctr<br>Chicago, IL 60677-3009 | | | | | | $83,064.08 |
| 13  Indigo America, Inc.<br>1501 Page Mill Rd<br>Palo Alto, CA 94304-1126 | | Vendor | | | | $151,020.73 |
| 14  Internal Revenue Service<br>Centralized Insolvency Operations<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | | | Contingent<br>Disputed | | | $392,519.00 |
| 15  LCA Lease Corporation of America<br>Po Box 1297<br>Troy, MI 48099-1297 | | | | | | $85,827.26 |
| 16  Mittera Group, Inc.<br>Po Box 850471<br>Minneapolis, MN 55485-0471 | | | | | | $68,166.00 |
| 17  Next Day Four Color<br>Po Box 700472<br>San Antonio, TX 78270-0472 | | | | | | $36,455.47 |
| 18  Pawnee Leasing Corporation<br>3801 Automation Way #207<br>Fort Collins, CO 80525 | | | | | | $184,965.38 |
| 19  Quadient Leasing USA, Inc.<br>Dept 3682<br>Po Box 123682<br>Dallas, TX 75312-3682 | | | Unliquidated | | | $45,000.00 |
| 20  Richard C Gaubert<br>19607 Slate Hills Ln<br>Spring, TX 77388-2107 | | | | | | $274,349.61 |

Fill in this information to identify the case:

Debtor name       InfoVine Inc

United States Bankruptcy Court for the:

Southern District of Texas

Case number (if known):     22-33393

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**     _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1   Frost Bank | Checking account | 7434 | ($57.41) |

    **Additional Page Total** - *See continuation page for additional entries*     **$1,196.24**

4. **Other cash equivalents** *(Identify all)*
   **None**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$1,138.83**

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1   CG 7600 LP | $12,000.00 |
|---|---|

| Debtor | __InfoVine Inc__ | Case number *(if known)* | __22-33393__ |
| | Name | | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9. Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.  __$12,000.00__

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | **Current value of debtor's interest** |
|---|---|---|---|

**11. Accounts Receivable**

11a. 90 days old or less:  __$253,469.87__  -  __$0.00__  = ...... →  __$253,469.87__
  face amount      doubtful or uncollectible accounts

11b. Over 90 days old:  __$6,577.00__  -  __$6,577.00__  = ...... →  __$0.00__
  face amount      doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.  __$253,469.87__

## Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:   % of ownership:

**None**

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| Debtor | __InfoVine Inc__ | Case number *(if known)* | __22-33393__ |
|---|---|---|---|
| | Name | | |

None

17. **Total of Part 4**
    Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    $0.00

---

**Part 5:   Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| None | | | | |
| **20. Work in progress** | | | | |
| 20.1 __Work in process__ | _____ MM / DD / YYYY | **(Unknown)** | _____ | $86,870.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| None | | | | |
| **22. Other inventory or supplies** | | | | |
| None | | | | |

23. **Total of Part 5**
    Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                    $86,870.00

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| Debtor | InfoVine Inc | | Case number *(if known)* | 22-33393 |
|---|---|---|---|---|
| | Name | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.  Crops — either planted or harvested**

   **None**

**29.  Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   **None**

**30.  Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

**31.  Farm and fishing supplies, chemicals, and feed**

   **None**

**32.  Other farming and fishing-related property not already listed in Part 6**

   **None**

**33.  Total of Part 6**

   Add lines 28 through 32. Copy the total to line 85.                                                    $0.00

**34.  Is the debtor a member of an agricultural cooperative?**
   ☑ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
   ☑ No
   ☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   ☐ No. Go to Part 8.
   ☑ Yes. Fill in the information below.

Debtor    **InfoVine Inc**                                          Case number *(if known)*        **22-33393**
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1 **Office furniture** | (Unknown) | Estimates See Exhibit attached | $9,220.00 |
| **40.** **Office fixtures** | | | |
| 40.1 **Office fixtures** | (Unknown) | Estimates See Exhibit attached | $4,950.00 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 **Office equipment** | (Unknown) | Estimates See Exhibit attached | $5,750.00 |
| **Additional Page Total** - *See continuation page for additional entries* | | | $0.00 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**None**

**43.** **Total of Part 7**
Add lines 39 through 42. Copy the total to line 86.                                                                      $19,920.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 8:**  **Machinery, equipment, and vehicles**

---

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**None**

---

Debtor    **InfoVine Inc**                                               Case number *(if known)* _____ **22-33393**
          Name

---

48. **Watercraft, trailers, motors, and related accessories** *Examples*:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    **None**

49. **Aircraft and accessories**

    **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    50.1 **Other equipment** _____    (Unknown) _____    $1,236,915.00

    **Additional Page Total** - *See continuation page for additional entries*    $1,236,915.00

51. **Total of Part 8**
    Add lines 47 through 50. Copy the total to line 87.    $2,473,830.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:   Real Property**

54. **Does the debtor own or lease any real property?**
    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

    **None**

56. **Total of Part 9**
    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.    $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

---

Debtor    **InfoVine Inc**                                               Case number *(if known)*          **22-33393**
          Name

---

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 10:  Intangibles and Intellectual Property

---

**59.  Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **None** | | | |
| **61.  Internet domain names and websites** | | | |
| 61.1 **Domain name www.infovine.com** | (Unknown) | | $10.00 |
| **62.  Licenses, franchises, and royalties** | | | |
| **None** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **None** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **None** | | | |
| **65.  Goodwill** | | | |
| **None** | | | |
| **66.  Total of Part 10** Add lines 60 through 65. Copy the total to line 89. | | | $10.00 |

**67.  Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☑ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Debtor   __InfoVine Inc__   Case number *(if known)*   __22-33393__
         Name

---

**Part 11:**  **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     ☐ No. Go to Part 12.
     ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71.  **Notes receivable**
     Description (include name of obligor)

     **None**

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

     72.1  __NOL federal taxes__                          Tax year: _____          __$1,653,211.00__

73.  **Interests in insurance policies or annuities**

     **None**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

     **None**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

     **None**

76.  **Trusts, equitable or future interests in property**

     **None**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

     **None**

78.  **Total of Part 11**
     Add lines 71 through 77. Copy the total to line 90.                                          __$1,653,211.00__

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

---

Debtor    **InfoVine Inc**
          Name

Case number *(if known)*    **22-33393**

## Part 12: Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,138.83 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,000.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $253,469.87 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $86,870.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $19,920.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,473,830.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................................ → | | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $10.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* + | $1,653,211.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $4,500,449.70 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................................. | | $4,500,449.70 |

Official Form 206A/B

Debtor  **InfoVine Inc**                                                         Case number *(if known)*      **22-33393**
<br>       Name

## ▮ Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.**  Checking, savings, money market, or financial brokerage accounts - *Continued*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.2 | Frost Bank | Checking account | 7461 | ($1,025.81) |
| 3.3 | Frost Bank | Checking account | 6318 | $2,222.05 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**41.**  Office equipment - *Continued*

| | General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 41.2 | Ricoh Digital Press C9100 S/N X617F410012 | (Unknown) | | (Unknown) |
| 41.3 | 2 Kyocera 7052 cj Printing System 15, EFI Colder Profiler Suit V4, Serial VJW8700341 and VA37300318 | (Unknown) | | (Unknown) |
| 41.4 | Kyocera 3553C1 copier stand document processor, fax system, print system W interface kit sequence impose sequence compose finisher, productivity lease buyout | (Unknown) | | (Unknown) |
| 41.5 | Kompac Kwik Finish32 Dual Spot & Flood UV/Aqueous Coater, cycle spool; 208/230 V 1 Phase Pile feed, flood and spot coasting high pile drive | (Unknown) | | (Unknown) |
| 41.6 | DPI Hawk M6 8.5" UV system , feeder model VF2000, Base Model, 4235SB, conveyor moedl 1200VSC, ink system model M68, 7, dryer model 9LED | (Unknown) | | (Unknown) |
| 41.7 | 2 Kyocera 4052 ci, 2 copier stands, 2 document processors, 2 fax systems, 2 print with interface kit, 2 sequence impose, 2 finishers, 2 productivity packages, 2 CPS v4 Ed -2000, 5 year support, 2 CPS v4 software | (Unknown) | | (Unknown) |

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**50.**  Other machinery, fixtures, and equipment - *Continued*

| | | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 50.2 | Other equipment-estimates | (Unknown) | | $1,236,915.00 |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>InfoVine Inc</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:    Southern    District of    Texas<br>(State)</td></tr>
<tr><td colspan="2">Case number (if known):    22-33393</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Academy Bank NA | **Describe debtor's property that is subject to a lien** | unknown | unknown |

**2.1**

**Creditor's name**
Academy Bank NA

**Creditor's mailing address**
1111 Main St Ste 202
Kansas City, MO 64105-2114

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,571,731.18

| Debtor | InfoVine Inc | Case number (if known) | 22-33393 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2**  **Creditor's name**

ARVEST Equipment Finance

**Creditor's mailing address**

8000 Taylor Ave

Fort Smith, AR 72916-6094

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  1  3  5  6

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **1) ARVEST Equipment Finance**; 2) PNC Equipment Finance, LLC; 3) ENGS Comercial Finance Co

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Other equipment-estimates

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: $430,405.95

Value of collateral: $1,236,915.00

| Debtor | InfoVine Inc | Case number (if known) | 22-33393 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** Creditor's name

Bank of the West

**Creditor's mailing address**

Asset Recovery Department

PO Box 8050

Walnut Creek, CA 94596

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No.  Specify each creditor, including this creditor, and its relative priority.

        1) Wells Fargo Equipment Finance, Inc.; 2) Connext Financial, Ltd; **3) Bank of the West**; 4) TCF Equipment Finance; 5) ENGS Comercial Finance Co; 6) Financial Pacific Leasing; 7) Hewlett Packard Financial; 8) Liberty Capital Group, Inc.; 9) CT Corporation System; 10) U.S. Small Business Administration; 11) SBA EIDL

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Other equipment

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | Column A | Column B |
|---|---|---|
| | unknown | $1,236,915.00 |

Debtor   InfoVine Inc
         Name

Case number (if known)   22-33393

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.4** Creditor's name

Braun Enterprises

**Creditor's mailing address**

5353 W Alabama St Ste 200

Houston, TX 77056-5935

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$36,546.59 | unknown

**2.5** Creditor's name

Commercial Capital

**Creditor's mailing address**

13910 W 96th Ter

Lenexa, KS 66215-1228

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Ricoh Digital Press C9100 S/N X617F410012

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$36,285.00 | unknown

| Debtor | InfoVine Inc | | Case number (if known) | 22-33393 |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.6** | **Creditor's name**
Commercial Capital

**Creditor's mailing address**
13910 W 96th Ter

Lenexa, KS 66215-1228

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2 Kyocera 7052 cj Printing System 15, EFI Colder Profiler Suit V4, Serial VJW8700341 and VA37300318

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| unknown | unknown |

**2.7** | **Creditor's name**
Connext Financial, Ltd

**Creditor's mailing address**
101 W Washington St Ste 1140

Indianapolis, IN 46204-3416

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☑ Yes. The relative priority of creditors is specified on lines 2.3

**Describe debtor's property that is subject to a lien**
Other equipment

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| unknown | $1,236,915.00 |

| Debtor | InfoVine Inc | Case number (if known) | 22-33393 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

---

**2.8**   **Creditor's name**

CT Corporation System

**Creditor's mailing address**

330 N Brand Blvd Ste 700

Glendale, CA 91203-2336

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines __2.3__

**Describe debtor's property that is subject to a lien**

Other equipment

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

*Column A:* unknown   *Column B:* $1,236,915.00

---

**2.9**   **Creditor's name**

ENGS Comercial Finance Co

**Creditor's mailing address**

1 Pierce Pl Ste 1100

Itasca, IL 60143-3149

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines __2.3__

**Describe debtor's property that is subject to a lien**

Other equipment

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

*Column A:* $75,087.60   *Column B:* $1,236,915.00

---

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page __6__ of __16__

| Debtor | InfoVine Inc | Case number (if known) | 22-33393 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.10** Creditor's name

ENGS Comercial Finance Co

**Creditor's mailing address**

1 Pierce Pl Ste 1100

Itasca, IL 60143-3149

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☑ Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**

Other equipment-estimates

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

*Amount of claim:* $73,057.39     *Value of collateral:* $1,236,915.00

**2.11** Creditor's name

Financial Pacific Leasing

**Creditor's mailing address**

3455 S 344th Way Ste 300

Federal Way, WA 98001-9546

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☑ Yes. The relative priority of creditors is specified on lines 2.3

**Describe debtor's property that is subject to a lien**

Other equipment

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

*Amount of claim:* unknown     *Value of collateral:* $1,236,915.00

| Debtor | InfoVine Inc | | Case number (if known) | 22-33393 |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.12** Creditor's name

GFE

**Describe debtor's property that is subject to a lien**

$131,744.50     unknown

**Creditor's mailing address**

2701 Queens Plz N # 802

Long Is City, NY 11101-4020

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.13** Creditor's name

Hewlett Packard Financial

**Describe debtor's property that is subject to a lien**

Other equipment

$103,638.77     $1,236,915.00

**Creditor's mailing address**

Po Box 402582

Atlanta, GA 30384-2582

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** 4 9 8 8

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines 2.3

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    InfoVine Inc
_____
          Name

Case number (if known)  22-33393
_____

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.14** **Creditor's name**

Hitachi Capital America Corp

**Creditor's mailing address**

7808 Creekridge Cir Ste 250

Minneapolis, MN 55439-2647

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____
      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Kyocera 3553C1 copier stand document processor, fax system, print system W interface kit sequence impose sequence compose finisher, productivity lease buyout

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: unknown
Column B: unknown

**2.15** **Creditor's name**

Houston Waste Services

**Creditor's mailing address**

6418 Chippewa Blvd

Houston, TX 77086-3804

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____
      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: unknown
Column B: unknown

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  9  of  16

| Debtor | InfoVine Inc | Case number (if known) | 22-33393 |
|--------|--------------|------------------------|----------|
|        | Name         |                        |          |

| **Part 1:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.16** Creditor's name

Liberty Capital Group, Inc.

**Creditor's mailing address**

45 Carey Ave Ste 200

Butler, NJ 07405-1477

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines _2.3_

**Describe debtor's property that is subject to a lien**

Other equipment

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| unknown | $1,236,915.00 |
|---------|---------------|

**2.17** Creditor's name

Pawnee Leasing Corporation

**Creditor's mailing address**

3801 Automation Way #207

Fort Collins, CO 80525

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Kompac Kwik Finish32 Dual Spot & Flood UV/Aqueous Coater, cycle spool; 208/230 V 1 Phase Pile feed, flood and spot coasting high pile drive

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $184,965.38 | unknown |
|-------------|---------|

Debtor   InfoVine Inc
_____
Name

Case number (if known)  22-33393

---

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.18** Creditor's name

  PNC Equipment Finance, LLC

**Creditor's mailing address**

  995 Dalton Ave

  Cincinnati, OH 45203-1101

**Creditor's email address, if known**


**Date debt was incurred**

**Last 4 digits of account number**     ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines  2.2

**Describe debtor's property that is subject to a lien**
Other equipment-estimates

**Describe the lien**


**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: unknown

Column B: $1,236,915.00

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor    InfoVine Inc

Name

Case number (if known)  22-33393

---

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.19  Creditor's name**

SBA EIDL

**Creditor's mailing address**

SBA Disaster Loan Servicing Center

1545 Hawkins Blvd Ste 202

El Paso, TX 79925-2654

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines  2.3

**Describe debtor's property that is subject to a lien**
Other equipment

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$500,000.00

$1,236,915.00

---

Debtor    InfoVine Inc
          _____
          Name                                             Case number (if known)  22-33393

---

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — Amount of claim — Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

---

**2.20** Creditor's name

Summit Funding Group

**Creditor's mailing address**

4680 Parkway Dr Ste 300

Mason, OH 45040-7979

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account**   ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

DPI Hawk M6 8.5" UV system , feeder model VF2000, Base Model, 4235SB, conveyor moedl 1200VSC, ink system model M68, 7, dryer model 9LED

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: unknown

Column B: unknown

---

**2.21** Creditor's name

TCF Equipment Finance

**Creditor's mailing address**

11100 Wayzata Blvd Ste 801

Hopkins, MN 55305-5503

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account**   ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines  2.3

**Describe debtor's property that is subject to a lien**

Other equipment

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: unknown

Column B: $1,236,915.00

---

Debtor   InfoVine Inc
_____
Name

Case number (if known)   22-33393

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.22** Creditor's name

  TFC (Hanmi Bank)

**Creditor's mailing address**

  Po Box 24986

  Seattle, WA 98124-0986

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) TFC (Hanmi Bank); 2) The Huntington National Bank**

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2 Kyocera 4052 ci, 2 copier stands, 2 document processors, 2 fax systems, 2 print with interface kit, 2 sequence impose, 2 finishers, 2 productivity packages, 2 CPS v4 Ed -2000, 5 year support, 2 CPS v4 software

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: unknown

Column B: unknown

---

**2.23** Creditor's name

  The Huntington National Bank

**Creditor's mailing address**

  1405 Xenium Ln N

  Minneapolis, MN 55441-4429

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

  ☑ Yes. The relative priority of creditors is specified on lines  2.22

**Describe debtor's property that is subject to a lien**

2 Kyocera 4052 ci, 2 copier stands, 2 document processors, 2 fax systems, 2 print with interface kit, 2 sequence impose, 2 finishers, 2 productivity packages, 2 CPS v4 Ed -2000, 5 year support, 2 CPS v4 software

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: unknown

Column B: unknown

---

| Debtor | InfoVine Inc | Case number (if known) | 22-33393 |
|--------|--------------|------------------------|----------|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.24** **Creditor's name**
U.S. Small Business Administration

**Creditor's mailing address**
10737 Gateway Blvd W Ste 300

El Paso, TX 79935-4910

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines  2.3

**Describe debtor's property that is subject to a lien**
Other equipment

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| unknown | $1,236,915.00 |
|---------|---------------|

---

**2.25** **Creditor's name**
Wells Fargo Equipment Finance, Inc.

**Creditor's mailing address**
733 Marquette Ave Ste 700

Minneapolis, MN 55402-2356

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines  2.3

**Describe debtor's property that is subject to a lien**
Other equipment

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| unknown | $1,236,915.00 |
|---------|---------------|

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 15 of 16

| Debtor | InfoVine Inc | Case number (if known) | 22-33393 |
|---|---|---|---|
| | Name | | |

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Arvest Bank<br>921 W Monroe Ave<br>Lowell, AR 72745-9683 | Line 2. _2_ | __ __ __ __ |
| Bank Of The West<br>Attn: Bankruptcy<br>180 Montgomery Street 25th Floor<br>San Francisco, CA 94104 | Line 2. _3_ | __ __ __ __ |
| White Road Capital LLC, Series 119552, DBA GFE Holdings<br>GFE<br>2701 Queens Plz N # 802<br>Long Is City, NY 11101-4020 | Line 2. _12_ | __ __ __ __ |
| Hewlett-Packard Financial Services Company<br>200 Connell Dr<br>Berkeley Hts, NJ 07922-2805 | Line 2. _13_ | __ __ __ __ |
| Hanmi Bank<br>2010 Main St Ste 590<br>Irvine, CA 92614-7270 | Line 2. _22_ | __ __ __ __ |
| TCF Equipment Finance<br>11100 Wayzata Blvd Ste 801<br>Hopkins, MN 55305-5503 | Line 2. _22_ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name _____ InfoVine Inc _____

United States Bankruptcy Court for the:
_____ Southern District of Texas _____

Case number (if known): _____ 22-33393 _____

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

| | |
|---|---|
| Internal Revenue Service | As of the petition filing date, the claim is: *Check all that apply.* |
| Centralized Insolvency Operations | ☑ Contingent |
| Po Box 7346 | ☐ Unliquidated |
| Philadelphia, PA 19101-7346 | ☑ Disputed |

Total claim: $392,519.00   Priority amount: $392,519.00

Date or dates debt was incurred _____

Basis for the Claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)  **(8)**

**2.2** Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

Debtor __InfoVine Inc__           Case number *(if known)* __22-33393__
     Name

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address

**Alliance Plastics Supply**

**Po Box 641052**

**Dallas, TX 75264-1052**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset?
☑ No
☐ Yes

**$11,319.00**

---

**3.2**   Nonpriority creditor's name and mailing address

**American Digital Cartography, Inc.**

**2631 N Meade St Ste 202**

**Appleton, WI 54911-2203**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,500.00**

---

**3.3**   Nonpriority creditor's name and mailing address

**American Express**

**777 American Express Way**

**Ft Lauderdale, FL 33337-0001**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$41,559.00**

---

**3.4**   Nonpriority creditor's name and mailing address

**Ascentium Capital**

**23970 US 59**

**Kingwood, TX 77339**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$153,120.00**

Debtor   **InfoVine Inc**
Name

Case number *(if known)*   **22-33393**

---

| **Part 2:** | **Additional Page** |

| 3.5 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|
| | **Aspen/Signature** | | |

**As of the petition filing date, the claim is:**   **$1,312.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**3300 Kingwood Ln**

**Kingwood, TX 77092**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.6 | **Nonpriority creditor's name and mailing address** |
|---|---|
| | **Assist Legal Technologies** |

**As of the petition filing date, the claim is:**   **$587.05**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**2900 Smith St Ste 150**

**Houston, TX 77006-3432**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.7 | **Nonpriority creditor's name and mailing address** |
|---|---|
| | **Bart Nay Printing** |

**As of the petition filing date, the claim is:**   **$4,768.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**1270 Conrad Sauer Dr Ste 101**

**Houston, TX 77043-4320**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.8 | **Nonpriority creditor's name and mailing address** |
|---|---|
| | **BCC Software** |

**As of the petition filing date, the claim is:**   **$4,857.37**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Po Box 1174**

**Buffalo, NY 14240-1174**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| Debtor | **InfoVine Inc** | Case number *(if known)* | **22-33393** |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

**3.9** Nonpriority creditor's name and mailing address
**Bill Patterson & Associates**

1115 Barkdull St A

Houston, TX 77006-6401

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$187.50

---

**3.10** Nonpriority creditor's name and mailing address
**Blue Cross and Blue Shield of Texas**

c/o Healthcare Recoveries

P.O.Box 34576 Dept. 36739383

Louisville, KY 40232

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$42,289.26

---

**3.11** Nonpriority creditor's name and mailing address
**Bosworth Paper**

Po Box 847642

Dallas, TX 75284-7642

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,507.90

---

**3.12** Nonpriority creditor's name and mailing address
**Bosworth Paper**

Po Box 847642

Dallas, TX 75284-7642

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

| Debtor | **InfoVine Inc** | Case number *(if known)* | **22-33393** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.13** **Nonpriority creditor's name and mailing address**

Cardmember Services

Po Box 94014

Palatine, IL 60094-4014

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

---

**3.14** **Nonpriority creditor's name and mailing address**

CG 7600 LP

2748 Bingle Rd

Houston, TX 77055-1135

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,019.80

---

**3.15** **Nonpriority creditor's name and mailing address**

CIT Bank, NA

10201 Centurion Pkwy N

Jacksonville, FL 32256-4100

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.16** **Nonpriority creditor's name and mailing address**

Clampitt Paper Company

4704 Blalock Rd

Houston, TX 77041

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$29,908.96

---

| Debtor | **InfoVine Inc** | Case number *(if known)* | **22-33393** |
|---|---|---|---|
| | Name | | |

---

<div style="background:black;color:white">**Part 2:**</div> **Additional Page**

---

**3.17** **Nonpriority creditor's name and mailing address**

**Classic Couriers**

**Po Box 925002**

**Houston, TX 77292-5002**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,569.00

---

**3.18** **Nonpriority creditor's name and mailing address**

**DLT Envelopes**

**6618 Gant Rd**

**Houston, TX 77066-1912**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,692.00

---

**3.19** **Nonpriority creditor's name and mailing address**

**FedEx**

**Po Box 660481**

**Dallas, TX 75266-0481**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 11262

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,648.52

---

**3.20** **Nonpriority creditor's name and mailing address**

**First-Citizens Bank & Trust Company**

**21719 Network Pl**

**Chicago, IL 60673-1217**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Finance agreement

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | **InfoVine Inc** | Case number *(if known)* | **22-33393** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

FPL (UMPQUA Bank) Vendor Finance

3455 S 344th Way Ste 300

Federal Way, WA 98001-9546

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$81,661.80

---

**3.22** Nonpriority creditor's name and mailing address

Frank E. Hood, Jr.

1711 Mcduffie St

Houston, TX 77019-5726

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$294,035.09

---

**3.23** Nonpriority creditor's name and mailing address

Frost Bank

P.O. Box 1600

San Antonio, TX 78296

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$215,107.96

---

**3.24** Nonpriority creditor's name and mailing address

Fundamental Capital

2701 Queens Plz N # 802

Long Is City, NY 11101-4020

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$54,060.00

---

| Debtor | **InfoVine Inc** | Case number *(if known)* | **22-33393** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.25**

**Nonpriority creditor's name and mailing address**

Fundamental Capital

2701 Queens Plz N # 802

Long Is City, NY 11101-4020

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$111,767.14

**3.26**

**Nonpriority creditor's name and mailing address**

GlobalTranz Enterprises, Inc.

Po Box 203285

Dallas, TX 75320-3285

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$305.35

**3.27**

**Nonpriority creditor's name and mailing address**

GPA

3906 Solutions Ctr

Chicago, IL 60677-3009

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$83,064.08

**3.28**

**Nonpriority creditor's name and mailing address**

Granger Mailing Solutions LLC

7509 Menchaca Rd # 100

Austin, TX 78745-6028

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$3,211.94

| Debtor | **InfoVine Inc** | Case number *(if known)* | **22-33393** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td>**Part 2:**</td><td>**Additional Page**</td></tr>
</table>

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $471.94 |
|---|---|---|---|
| | Grimco Inc | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 29538 Network Pl | ☐ Unliquidated | |
| | Chicago, IL 60673-1295 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $151,020.73 |
|---|---|---|---|
| | Indigo America, Inc. | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 1501 Page Mill Rd | ☐ Unliquidated | |
| | Palo Alto, CA 94304-1126 | ☐ Disputed | |
| | | **Basis for the claim:** Vendor | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $85,827.26 |
|---|---|---|---|
| | LCA Lease Corporation of America | *Check all that apply.* | |
| | | ☐ Contingent | |
| | Po Box 1297 | ☐ Unliquidated | |
| | Troy, MI 48099-1297 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.23 |
|---|---|---|---|
| | Malin | *Check all that apply.* | |
| | | ☐ Contingent | |
| | NJ Malin & Associates | ☐ Unliquidated | |
| | Po Box 797 | ☐ Disputed | |
| | Addison, TX 75001-0797 | **Basis for the claim:** _____ | |
| | | **Is the claim subject to offset?** | |
| | Date or dates debt was incurred _____ | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| Debtor | **InfoVine Inc** | Case number *(if known)* | **22-33393** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.33** Nonpriority creditor's name and mailing address

Marathon Bindery Services

8520 Summertree Dr

Houston, TX 77040-1686

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  3010.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,010.00

---

**3.34** Nonpriority creditor's name and mailing address

Mittera Group, Inc.

Po Box 850471

Minneapolis, MN 55485-0471

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$68,166.00

---

**3.35** Nonpriority creditor's name and mailing address

MJ Campbell Electric

718 E Rogers St

Houston, TX 77022-1810

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$16,000.00

---

**3.36** Nonpriority creditor's name and mailing address

Next Day Four Color

Po Box 700472

San Antonio, TX 78270-0472

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$36,455.47

| Debtor | __InfoVine Inc__ | Case number *(if known)* | __22-33393__ |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.37** **Nonpriority creditor's name and mailing address**

Next Day Four Color

Po Box 700472

San Antonio, TX 78270-0472

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.38** **Nonpriority creditor's name and mailing address**

OGH Services, Inc.

Po Box 924768

Houston, TX 77292-4768

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.39** **Nonpriority creditor's name and mailing address**

OGH Services, Inc.

Po Box 924768

Houston, TX 77292-4768

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,702.26

---

**3.40** **Nonpriority creditor's name and mailing address**

Pat Hardesty

4806 Florence St

Bellaire, TX 77401-5020

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,425.00

---

| Debtor | **InfoVine Inc** | Case number *(if known)* | **22-33393** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.41

**Nonpriority creditor's name and mailing address**

PrintCo Services Inc.

14090 Fm 2920 Rd G356

Tomball, TX 77377-5549

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$240.00

---

### 3.42

**Nonpriority creditor's name and mailing address**

Quadient Leasing USA, Inc.

Dept 3682

Po Box 123682

Dallas, TX 75312-3682

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$45,000.00

---

### 3.43

**Nonpriority creditor's name and mailing address**

Richard C Gaubert

19607 Slate Hills Ln

Spring, TX 77388-2107

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$274,349.61

---

### 3.44

**Nonpriority creditor's name and mailing address**

Sprint Bindery

5800 Corporate Dr A$

Houston, TX 77036-2300

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$890.00

---

| Debtor | **InfoVine Inc** | Case number *(if known)* | **22-33393** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.45** Nonpriority creditor's name and mailing address

Staples Business Credit

Po Box 105638

Atlanta, GA 30348-5638

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$6,687.20

---

**3.46** Nonpriority creditor's name and mailing address

Tax Credit Co

6121 W Sunset Blvd # 2200

Los Angeles, CA 90028-6442

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$9,887.60

---

**3.47** Nonpriority creditor's name and mailing address

Texas Mailing Equipment Service

Po Box 1927

Cleveland, TX 77328-1927

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$785.00

---

**3.48** Nonpriority creditor's name and mailing address

Unica National Insurance Group

UTICA Mutual Insurance Company

Po Box 6540

Utica, NY 13504

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$105.00

---

| Debtor | **InfoVine Inc** | Case number *(if known)* | **22-33393** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.49** **Nonpriority creditor's name and mailing address**

Wyn Bomar Design

2224 Colquitt St

Houston, TX 77098-3303

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,179.03

**3.50** **Nonpriority creditor's name and mailing address**

Zund America, Inc.

Po Box 88943

Milwaukee, WI 53288-8943

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,935.94

Debtor   **InfoVine Inc**                                          Case number *(if known)*        **22-33393**
_____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Fundamental Capital**<br>**20803 Biscayne Blvd Ste 300**<br>**Miami, FL 33180-1431** | Line **3.24**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 **LCA Bank Corporation**<br>**1441 Ute Blvd Ste 250**<br>**Park City, UT 84098-7632** | Line **3.31**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 **Leviton Law Firm**<br>**1 Pierce Pl Ste 725w**<br>**Itasca, IL 60143-1234** | Line **3.30**<br>☐ Not listed. Explain _____ | **5  0  5  2** |
| 4.4 **Zwicker & Associates**<br>**80 Minuteman Road**<br>**Andover, MA 01810** | Line **3.3**<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor  **InfoVine Inc**
       Name

Case number *(if known)*  **22-33393**

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $392,519.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $1,934,330.99 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $2,326,849.99 |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>InfoVine Inc</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Southern District of Texas</td></tr>
<tr><td>Case number (if known):</td><td>22-33393   Chapter   11</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Submission of ERTC applications<br>Contract to be ASSUMED | Justworks |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Trash<br>Contract to be ASSUMED | Houston Waste Services<br>6418 Chippewa Blvd<br>Houston, TX 77086-3804 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Hawk Injet ($3,761.59); Zund Router ($2,831.05)- contract 10046<br>Contract to be ASSUMED | CIT Bank<br>1 Pierce Pl 1100 West<br>Itasca, IL 60143-1253 |
| | State the term remaining | 49 months | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Kompac Coater<br>Contract to be ASSUMED | Pawnee Leasing Corporation<br>3801 Automation Way #207<br>Fort Collins, CO 80525 |
| | State the term remaining | 46 months | |
| | List the contract number of any government contract | | |

Debtor ___InfoVine Inc_____     Case number *(if known)* _____22-33393_____
     Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | Ricoh ProC9110 | Commercial Capital |
| | Contract to be ASSUMED | 13910 W 96th Ter |
| State the term remaining | 57 months | Lenexa, KS 66215-1228 |
| List the contract number of any government contract | | |
| **2.6** State what the contract or lease is for and the nature of the debtor's interest | Upkeep of water system | Ultimate Water of Texas, Inc |
| | Contract to be ASSUMED | 1795 Fry Rd |
| State the term remaining | 51 months | Katy, TX 77449-3347 |
| List the contract number of any government contract | | |
| **2.7** State what the contract or lease is for and the nature of the debtor's interest | Building space | CG 7600 LP |
| | Contract to be ASSUMED | 2748 Bingle Rd |
| State the term remaining | 109 months | Houston, TX 77055-1135 |
| List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name    **InfoVine Inc**

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**Texas**_____
(State)

Case number (If known): _____**22-33393**_____

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☐ Yes |

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | **InfoVine Inc** | Case number (if known) **22-33393** |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | Street | _____ | ❏ D |
| | | _____ | | ❏ E/F |
| | | _____ | | ❏ G |
| | | City    State    ZIP Code | | |

| Fill in this information to identify the case: |
|---|

Debtor name _____ InfoVine Inc _____

United States Bankruptcy Court for the:
_____ Southern District of Texas _____

Case number (if known): _____ 22-33393 _____   Chapter ____ 11 ____

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

      Copy line 88 from *Schedule A/B*................................................................................

$0.00

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*..........................................................................

$4,500,449.70

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*............................................................................

$4,500,449.70

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

$1,571,731.18

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................

$392,519.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................

+ $1,934,330.99

4. **Total liabilities**.................................................................................................................

$3,898,581.17

   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name _____ InfoVine Inc _____

United States Bankruptcy Court for the:
_____ Southern District of Texas _____

Case number (if known): _____ 22-33393 _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2022</u> to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,175,431.00 |
| **For prior year:** | From <u>01/01/2021</u> to <u>12/31/2021</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $2,258,893.00 |
| **For the year before that:** | From <u>01/01/2020</u> to <u>12/31/2020</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2022</u> to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** | From <u>01/01/2021</u> to <u>12/31/2021</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:** | From <u>01/01/2020</u> to <u>12/31/2020</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |

| Debtor | InfoVine Inc | | Case number *(if known)* | 22-33393 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br> Creditor's name _____ <br> Street _____ <br> _____ <br> City           State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br> Creditor's name _____ <br> Street _____ <br> _____ <br> City           State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |
| **Relationship to debtor** <br> _____ | | | |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1.

Creditor's name

Street

City                    State    ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. Creditor's name | XXXX– __ __ __ | | |
| Street | | | |
| City        State    ZIP Code | | | |

---

## Part 3:  Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | Name | ☐ Pending |
| | | | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City        State    ZIP Code | |

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    InfoVine Inc
_____
Name

Case number *(if known)*    22-33393

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name
_____

Street
_____

City            State      ZIP Code

**Case title**
_____

**Case number**
_____

**Date of order or assignment**
_____

**Court name and address**

Name
_____

Street
_____

City                  State      ZIP Code

---

## Part 4:  Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name
_____

Street
_____

City            State      ZIP Code

Recipient's relationship to debtor
_____

---

## Part 5:  Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.

---

## Part 6:  Certain Payments or Transfers

11.  **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

           Name                                                Case number *(if known)*    22-33393

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Baker & Associates | Attorney's Fees and expenses | 11/14/2022 | $11,738.00 |
| | **Address** | | | |
| | 950 Echo Ln Ste 300 <br> Street | | | |
| | Houston, TX 77024-2824 <br> City      State      ZIP Code | | | |
| | **Email or website address** | | | |
| | coutdocs@bakerassociates.net | | | |
| | **Who made the payment, if not debtor?** | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | City      State      ZIP Code | | | |
| | **Relationship to debtor** | | | |

Debtor   InfoVine Inc                                                    Case number (if known)        22-33393
_____   _____
           Name

| Part 7: | Previous Locations |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

❑ Does not apply

| Address | Dates of occupancy |
|---------|--------------------|

14.1. <u>1100 W 23rd St Ste 100</u>                         From  <u>7/2003</u>      To  <u>1/2022</u>
      Street

      <u>Houston, TX 77008-1861</u>
      City            State    ZIP Code

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
❑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|------------------------------------------------------------------------------------|----------------------------------------------------------------------------|
| 15.1. _____ | _____ | _____ |
| Facility name | | |
| _____ | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City            State    ZIP Code | _____ | Check all that apply:<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
❑ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
❑ No
❑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Debtor    InfoVine Inc    Case number *(if known)*    22-33393
Name

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | Address | | ☐ Yes |
| | City          State    ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name | | ☐ Pending |
| | Street | | ☐ On appeal |
| | City          State    ZIP Code | | ☐ Concluded |

Debtor   InfoVine Inc                                    Case number (if known)   22-33393
Name

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

---

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: _ _ – _ _ _ _ _ _ _ |
| Name | | **Dates business existed** |
| Street | | From _____  To _____ |
| City          State     ZIP Code | | |

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

---

Case 22-33393   Document 43   Filed in TXSB on 12/05/22   Page 60 of 62

Name

| Name and address | Dates of service |
|---|---|
| 26a.1. <u>Bill Patterson & Associates</u><br>Name<br><br><u>1115 Barkdull St A</u><br>Street<br><br><u>Houston, TX 77006-6401</u><br>City                    State              ZIP Code | From <u>2/1999</u>     To <u>11/1/2022</u> |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City                    State              ZIP Code | From _____   To _____ |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. <u>Richard Gaubert</u><br>Name<br><br><u>2748 Bingle Rd B</u><br>Street<br><br><u>Houston, TX 77055-1135</u><br>City                    State              ZIP Code | _____<br>_____<br>_____ |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City                    State              ZIP Code |

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name

Street

City                    State              ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| | | | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |

Name

Street

City                    State              ZIP Code

| Relationship to debtor |
|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:   Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____12/05/2022_____
               MM/  DD/  YYYY

X _____          Printed name _____Rafael Igesias_____
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____CFO_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes